IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATRICK R. DONAHOE,<br><br>　　　　Defendant. | No. C13-04150 CRB<br><br>**JUDGMENT** |

Having granted Defendant's Motion to Dismiss with prejudice, see Order re MTDs (dkt. 34), the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 14, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE